IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0168-KD-C ) |
| IMAGINE CBQ, LLC, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order granting summary judgment in favor of Branch Banking and Trust Company (BBT) and against defendants (doc. 66 ), and the order determining the amount due on the indebtedness and a reasonable attorneys' fee and costs, and pursuant to Rule 58 of the Federal Rules of Civil Procedures, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of BBT, as follows:

against Imagine CBQ, LLC, Frances W. Hopkins, Joseph Overton, S. Beck Weathers, and Margaret O. Weathers in the amount of $891,314.47, the total balance due as of April 18, 2012, plus interest accrued to the date of judgment in the amount of $13,783.65, and attorneys fees and costs in the amount of $12,050.62, for a total judgment of $917,148.74;

against Imagine Enterprises, LLC, Hopkins, Overton, and Bonnie L. Rieman in the total amount of $1,032,971.01 for the balances due as of April 18, 2012, plus interest accrued to the date of judgment in the amount of $17,600.76, and attorneys' fees and costs in the amount of $5,893.38, for a total judgment of $1,056,465.15; and

against Hopkins in the total amount of $570,497.29 for the balances due as of April 18, 2012, plus interest accrued to the date of judgment in the amount of $9,770.79, and attorneys' fees in the amount of $202.50, for a total judgment of $580,470.58.

DONE this the 1st day of June, 2012.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE